**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6723

SAUL VEGA,

                Plaintiff - Appellant,

        v.

JOSEPH CANESTRARO; BRYAN GAUS; ERIC GORDON; RHONDA L. WADE; MARSHALL COUNTY COMMISSIONER,

                Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Martinsburg.  Gina M. Groh, District Judge.  (3:23-cv-00208-GMG)

Submitted:  October 1, 2024                    Decided:  January 31, 2025

Before QUATTLEBAUM and RUSHING, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Saul Vega, Appellant Pro Se.  Thomas E. Buck, Benjamin Paul Visnic, BAILEY & WYANT PLLC, Wheeling, West Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Saul Vega seeks to appeal the district court's denial of his motion to voluntarily dismiss his 42 U.S.C. § 1983 complaint. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The order Vega seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*